IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID M. O'BLOCK,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, ET AL.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4900

Opinion filed February 20, 2015.

An appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

David M. O'Block, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Justin D. Chapman, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.